# EXHIBIT 1

Int. Cls.: **9, 16 and 25**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,229,574**
Registered Apr. 17, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# NARUTO

KABUSHIKI KAISHA SHUEISHA (JAPAN CORPORATION), TA SHUEISHA INC.
5-10 HITOTSUBASHI 2-CHOME, CHIYODA-KU
TOKYO, JAPAN

FOR: PRE-RECORDED DVDS FEATURING ANIMATED PERFORMANCES, VIDEO GAME DVDS AND VIDEO GAME DISCS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-7-2006; IN COMMERCE 3-7-2006.

FOR: GRAPHIC NOVEL, PRINTED ART SCROLL, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

FOR: T-SHIRTS, SWEATSHIRTS, JACKETS, HEADBANDS, CAPS, UNDERWEAR, WRISTBANDS, GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-22-2005; IN COMMERCE 9-22-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,953,009.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS WHIRLPOOL.

SER. NO. 78-898,414, FILED 6-1-2006.

RON FAIRBANKS, EXAMINING ATTORNEY

Int. Cls.: **9, 16, 28, and 41**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, and 107**

United States Patent and Trademark Office

Reg. No. **3,280,366**
Registered **Aug. 14, 2007**

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## NARUTO

KABUSHIKI KAISHA SHUEISHA (JAPAN CORPORATION), TA SHUEISHA INC.,
5-10 HITOTSUBASHI 2-CHOME, CHIYODA-KU
TOKYO, JAPAN

FOR: ELECTRONIC PUBLICATIONS IN THE NATURE OF COMIC BOOKS, RECORDED ON COMPUTER MEDIA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2006; IN COMMERCE 3-0-2006.

FOR: STATIONERY, TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-0-2006; IN COMMERCE 7-0-2006.

FOR: ELECTRONIC ACTION TOYS, MECHANICAL ACTION TOYS, BATTERY-OPERATED ACTION TOYS AND HAND-OPERATED ACTION TOYS; TOY ACTION FIGURES; DOLLS; AND CARD GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-0-2006; IN COMMERCE 10-0-2006.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING COMICS VIA THE INTERNET, PROVIDING NON-DOWNLOADABLE GAMES VIA THE INTERNET; PROVIDING INFORMATION ON-LINE RELATING TO COMPUTER GAMES AND COMICS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-0-2004; IN COMMERCE 1-0-2004.

"NARUTO" IS THE NAME OF A SEA CHANNEL IN JAPAN KNOWN FOR THE OCCURRENCE OF WHIRLPOOLS. "NARUTO" ALSO MEANS A KIND OF ORANGE; AN ABBREVIATION NARUTO-MAKI, A TYPE OF STEAMED FISH PASTE; OR A MAKE NAME.

SN 78-177,865, FILED 10-24-2002.

GINNY ISAACSON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# NARUTO

**Reg. No. 3,726,754**
Registered Dec. 15, 2009

**Int. Cls.: 9, 16, 25, 28, and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

KABUSHIKI KAISHA SHUEISHA (JAPAN CORPORATION), TA SHUEISHA INC.,
CHIYODA-KU
5-10, HITOSUBASHI 2-CHOME
TOKYO, JAPAN

FOR: PRE-RECORDED MOTION PICTURE FILMS AND TELEVISION PROGRAMS FEATURING ANIMATED PERFORMANCES RECORDED ON VIDEO AND AUDIO DISCS, CD-ROMS, COMPACT DISCS, AND DVDS; PRE-RECORDED VIDEO AND AUDIO DISCS, CD ROMS, COMPACT DISCS, AND DVDS, ALL FEATURING MUSIC AND ANIMATED PERFORMANCES; MUSICAL VIDEO RECORDINGS AND MUSICAL SOUND RECORDINGS FEATURING MUSIC AND ANIMATED PERFORMANCES; COMPUTER GAME SOFTWARE; PRE-RECORDED VIDEO AND AUDIO DISCS, CD ROMS, COMPACT DISCS, DVDS FEATURING GAMES; VIDEO GAME SOFTWARE; DOWNLOADABLE GAME SOFTWARE; DOWNLOADABLE COMPUTER GAMES; COMPUTER GAME SOFTWARE AND MANUALS SOLD AS A UNIT; INTERACTIVE VIDEO GAME PROGRAMS; VIDEO GAME SOFTWARE; INTERACTIVE COMPUTER GAME PROGRAMS; SOFTWARE FOR PLAYING VIDEO GAMES; COMPUTER VIDEO GAME SOFTWARE AND MANUALS SOLD AS A UNIT; INTERACTIVE ENTERTAINMENT SOFTWARE FOR PLAYING VIDEO GAMES; DOWNLOADABLE COMPUTER GAME SOFTWARE; DOWNLOADABLE INTERACTIVE ENTERTAINMENT SOFTWARE FOR PLAYING COMPUTER GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-28-2006; IN COMMERCE 3-28-2006.

FOR: PUBLICATIONS, NAMELY, GRAPHIC NOVELS, FICTION BOOKS, COMIC BOOKS, COMIC MAGAZINES, MAGAZINES RELATED TO ANIMATED FICTION, ART BOOKS, CHILDREN'S BOOKS, CHILDREN'S STORY BOOKS, COLORING BOOKS, AND PRINTED INSTRUCTIONAL MANUALS AND STRATEGY GUIDES IN THE FIELD OF ANIMATED ENTERTAINMENT AND COMPUTER GAMES; SCHOOL AND OFFICE SUPPLIES, NAMELY, PENS, PENCILS AND MARKERS; CALENDARS; NOTEBOOKS; POSTERS; SCHOOL AND OFFICE SUPPLIES; STATIONERY AND STATIONERY TYPE PORTFOLIOS; STICKER BOOKS AND STICKERS; TRADING CARDS; COLLECTIBLE CARDS; PRINTED ART SCROLLS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-16-2003; IN COMMERCE 7-16-2003.

FOR: MEN'S, WOMEN'S, AND CHILDREN'S CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEATSHIRTS, VESTS, WRISTBANDS; OUTERWEAR, NAMELY, JACKETS, GLOVES; HEADWEAR, NAMELY, HATS, CAPS, HEAD BANDS; NECKWEAR; BANDANAS; LOUNGEWEAR, NAMELY, PAJAMAS, NIGHTSHIRTS; UNDERGARMENTS, NAMELY, UNDERWEAR AND BOXER SHORTS; MASQUERADE COSTUMES, MASQUERADE COSTUMES WITH MASKS SOLD IN CONNECTION THEREWITH, IN CLASS 25 (U.S. CLS. 22 AND 39).



*David J. Kappos*
Director of the United States Patent and Trademark Office

**Reg. No. 3,726,754** FIRST USE 9-22-2005; IN COMMERCE 9-22-2005.

FOR: TOYS, NAMELY, PLAY FIGURES AND ACCESSORIES THEREFOR, TOY ACTION FIGURES AND ACCESSORIES THEREFOR, TOY FIGURES, TOY STATUETTES AND TOY FIGURINES MADE OF MOLDED PLASTIC, CASES FOR PLAY ACCESSORIES, ELECTRIC ACTION TOYS, MECHANICAL ACTION TOYS, DOLLS AND ACCESSORIES THEREFOR, DOLL PLAY SETS, DOLL CLOTHING AND COSTUMES, PLAY SETS FOR ACTION FIGURES, ROLE-PLAYING GAME SETS, PLUSH TOYS, STUFFED TOYS, CARD GAMES, COLLECTABLE CARD GAMES, PLAYING CARDS, TOY SWORDS, TARGET GAMES, ACTION SKILL GAMES, COLLECTABLE GAME CARDS AND TRADING GAME CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-1-2006; IN COMMERCE 5-1-2006.

FOR: ENTERTAINMENT SERVICES, NAMELY, PRODUCTION AND DISTRIBUTION OF MOTION PICTURES, FILMS AND TELEVISION PROGRAMS, IN THE FIELDS OF ANIMATED ENTERTAINMENT; ENTERTAINMENT SERVICES, NAMELY, DISTRIBUTION OF ANIMATED AUDIO-VISUAL WORKS VIA THE INTERNET AND TELEVISION; PUBLICATION OF BOOKS, MAGAZINES, CARTOONS, COMIC STRIPS AND COMIC BOOKS; FAN CLUB SERVICES; ELECTRONIC GAME SERVICES PROVIDED ON-LINE FROM DATABASES OR WEB SITES ON THE INTERNET; PROVIDING ONLINE ELECTRONIC PUBLICATIONS, NAMELY, NEWSLETTERS, GRAPHIC NOVELS, FICTION BOOKS, AND COMIC BOOKS, IN THE FIELDS OF COMICS, GRAPHIC NOVELS, AND ANIMATED ENTERTAINMENT; PRODUCTION OF ANIMATED ENTERTAINMENT, NAMELY, MOTION PICTURES AND TELEVISION PROGRAMS; PROVIDING COMICS VIA THE INTERNET; PROVIDING NON-DOWNLOADABLE GAMES VIA THE INTERNET; PROVIDING INFORMATION ONLINE REGARDING ANIMATED ENTERTAINMENT, COMPUTER GAMES AND COMICS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-16-2003; IN COMMERCE 7-16-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,953,009.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS WHIRLPOOL.

SN 78-886,127, FILED 5-17-2006.

RON FAIRBANKS, EXAMINING ATTORNEY